FISHER & PHILLIPS LLP
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  akheel@fisherphillips.com
*Attorneys for Defendant Delacan, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD DE LEON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DELACAN, LLC, <br><br> Defendant. | Case No.: 2:21-cv-01445-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, Delacan, LLC ("Defendant") will have a twenty-one (21) day extension of time, up to and including, September 16, 2021, to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defendant recently retained counsel and needs additional time to evaluate and respond to the specific factual allegations in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Accordingly, this stipulation is sought in good faith.  This is the first request for
2    an extension of this deadline.
3    Dated this 26th day of August, 2021.

| | |
|---|---|
| FISHER & PHILLIPS, LLP | HODGES & FOTY, LLP |
| By: */s/ Allison L. Kheel* | By: */s/ Don J. Foty* |
| Allison L. Kheel, Esq. | Don J. Foty |
| 300 S. Fourth Street | (*admitted Pro Hac Vice*) |
| Suite 1500 | 4409 Montrose Blvd., Suite 200 |
| Las Vegas, NV 89101 | Houston, TX  77006 |
| *Attorneys for Defendant* | |
| | Esther C. Rodriguez, Esq. |
| | Rodriguez Law Offices, P.C. |
| | 10161 Park Run, Suite 150 |
| | Las Vegas, NV  89145 |
| | |
| | Anthony J. Lazzaro |
| | (*Admitted Pro Hac Vice*) |
| | Alanna Klein Fisher |
| | (*Admitted Pro Hac Vice*) |
| | Lori M. Griffin |
| | (*Admitted Pro Hac Vice*) |
| | The Lazzaro Law Firm, LLC |
| | 34555 Chagrin Blvd., Suite 44022 |
| | Moreland Hills, OH  44022 |
| | |
| | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

August 26, 2021
_____
DATE