FISHER & PHILLIPS LLP
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: akheel@fisherphillips.com
*Attorneys for Defendant Delacan, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD DE LEON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELACAN, LLC,<br><br>Defendant. | Case No.: 2:21-cv-01445-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, Delacan, LLC ("Defendant") will have a thirty-two day (32) day extension of time, up to and including, October 18, 2021, to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). The parties have been discussing a potential settlement and would like to further explore that possibility prior to commencing practice in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FP 41638415.1

- 1 -

1   Accordingly, this stipulation is sought in good faith.  This is the second request
2   for an extension of this deadline.
3   Dated this 16th day of September, 2021.

| FISHER & PHILLIPS, LLP | HODGES & FOTY, LLP |
|---|---|
| By: */s/ Allison L. Kheel* <br> Allison L. Kheel, Esq. <br> 300 S. Fourth Street <br> Suite 1500 <br> Las Vegas, NV 89101 <br> *Attorneys for Defendant* | By: */s/ Don J. Foty* <br> Don J. Foty <br> (*admitted Pro Hac Vice*) <br> 4409 Montrose Blvd., Suite 200 <br> Houston, TX  77006 <br><br> Esther C. Rodriguez, Esq. <br> Rodriguez Law Offices, P.C. <br> 10161 Park Run, Suite 150 <br> Las Vegas, NV  89145 <br><br> Anthony J. Lazzaro <br> (*Admitted Pro Hac Vice*) <br> Alanna Klein Fisher <br> (*Admitted Pro Hac Vice*) <br> Lori M. Griffin <br> (*Admitted Pro Hac Vice*) <br> The Lazzaro Law Firm, LLC <br> 34555 Chagrin Blvd., Suite 44022 <br> Moreland Hills, OH  44022 <br><br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

[signature]

UNITED STATES MAGISTRATE JUDGE

September 16, 2021
DATE

FP 41638415.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101