UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD DE LEON,<br><br>    Plaintiff,<br><br>    v.<br><br>DELACAN, LLC,<br><br>    Defendant. | Case No. 2:21-cv-01445-APG-EJY<br><br>**ORDER** |

Before the Court is the Stipulated Discovery Plan and Scheduling Order (ECF No. 26). The parties seek a discovery period of 272 days measured from the date of the filing of Defendant's Answer, October 18, 2021. While the document is titled "Special Scheduling Review Requested," the parties fail to provide justification for such a lengthy discovery period.

Accordingly, IT IS HEREBY ORDERED that the proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 26) is DENIED without prejudice.

IT IS FURTHER ORDERED that, on or before December 20, 2021, the parties must submit a discovery plan and scheduling order that either includes a 180 day discovery period or that otherwise supports the need for a 272 day discovery period.

Dated this 13th day of December, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1