Esther C. Rodriguez, Esq.
Rodriguez Law Offices, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(P) 702-320-8400
(F) 702-320-8401
esther@rodriguezlaw.com

*Local Counsel for Plaintiff*

Don J. Foty
Texas Bar No. 24050022
(*Admitted Pro Hac Vice*)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Telephone: 713-523-0001
Facsimile: 713-523-1116
dfoty@hftrialfirm.com

*Attorneys for Plaintiff*

Allison L Kheel
Fisher & Phillips LLP
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
akheel@fisherphillips.com

Jenna Wadulak
(*Admitted Pro Hac Vice*)
Brian Lafratta
(*Admitted Pro Hac Vice*)
HUCK BOUMA PC
1755 South Naperville Road
Suite 200
Wheaton, Illinois 60189
Telephone: (630) 221-1755
blafratta@huckbouma.com
jwadulak@huckbouma.com

*Attorneys for Defendant Delacan, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **EDWARD DE LEON, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**DELACAN, LLC,**<br><br>**Defendant** | **CASE NO: 2:21-cv-01445-CDS-EJY**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)**<br>**[ECF No. 44]** |

Plaintiff Edward De Leon and Defendant Delacan, LLC (collectively the "Parties"), by and through their respective undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice Pursuant to Rule 41 and respectfully state as follows:

Page **1**

1. On August 3, 2021, Plaintiff filed his Original Complaint against Defendant. (Dkt. 1).

2. On December 14, 2022, the Parties filed a notice of settlement with the Court. (Dkt. 41). This case has not been certified as a class action or collective action and only affects the rights of the Plaintiff and Defendant.

3. Afterwards the Parties documented the terms of their settlement in a longform settlement agreement, which the Parties have signed. The settlement pertains to Plaintiff De Leon and Defendant Delacan, LLC only.

~~7.~~ 4. Therefore, the Parties hereby stipulate to a dismissal of this case with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

~~8.~~ 5. As part of this stipulation of dismissal, the Parties are to continue to administer the settlement pursuant to its terms.

~~9.~~ 6. Each side shall bear their own costs of court except as stated in the settlement agreement.

~~10.~~ 7. Finally, the Parties agree that this Court will retain jurisdiction over the Settlement Agreement and its enforcement.

Dated February 24, 2023.

Respectfully submitted by:

By: *Don J. Foty*
Don J. Foty
(*Admitted Pro Hac Vice*)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Telephone: 713-523-0001
Facsimile: 713-523-1116
dfoty@hftrialfirm.com
*Attorney for Plaintiff*

By: *Brian Lafratta*
Brian Lafratta
(*Admitted Pro Hac Vice*)
HUCK BOUMA PC
1755 South Naperville Road
Suite 200
Wheaton, Illinois 60189
Telephone: (630) 221-1755
blafratta@huckbouma.com
jwadulak@huckbouma.com
*Attorney for Defendant*

IT IS SO ORDERED. The Clerk of Court is directed to close this case.

DATED: March 1, 2023

_____
UNITED STATES DISTRICT JUDGE